[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-14908
Non-Argument Calendar
_____

D.C. Docket No. 1:17-cr-00292-ELR-AJB-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE A. CALVILLO,
a.k.a. Franco de Villa,
a.k.a. Ruben Martinez,
a.k.a. Martinpuga,
a.k.a. Tobias Franco,
a.k.a. Nervios,
a.k.a. Primo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(November 17, 2020)

Before WILLIAM PRYOR, Chief Judge, JILL PRYOR and LUCK, Circuit
Judges.

PER CURIAM:

Sydney Strickland, appointed counsel for Jose Calvillo in this direct criminal appeal, has moved to withdraw from further representation of Calvillo and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that Strickland's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, Strickland's motion to withdraw is **GRANTED**, and Calvillo's conviction and sentence are **AFFIRMED**.